IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| JENNIFER A. PERINAT, | ) | NO.: 17-08700 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JANET S. BAER |
| | ) | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Now comes Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and request that Confirmation be denied, stating as follows:

1. Debtor filed the instant case on March 20, 2017.

2. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America services the mortgage lien on the real property commonly known as 8408 ALDEN LN, Darien, IL 60561.

3. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America intends to file, and is currently preparing to file a claim secured by an interest in the real property commonly known as 8408 ALDEN LN, Darien, IL 60561 and that the Chapter 13 plan herein proposes that Debtor maintain current, post-petition mortgage payments;

4. That the proof of claim that Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America intends to file for an estimated pre-petition arrearage is in the amount of $28,243.66.

5. Paragraph E of the debtor's Chapter 13 plan provides for payment of $15,965.00 over the life of the plan which is in opposition to Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America's rights under 11 U.S.C. §1322(b)(2) and/or §1322(b)(5);

6. That at paragraph C, the plan specifies an amount of the monthly current mortgage payment to be made by the debtor as $2,109.00 although the plan pays to current payments to Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

7. That the correct payment amount pursuant to the contract is $2,014.83 and said amount may change from time to time due to escrow analysis or for other reasons;

8. That sufficient grounds exist for denial of confirmation as Debtor's plan:

    a. Fails to cure Movant's pre-petition estimated arrearage claim amount; and

    b. Fails to provide for the correct amount of the post-petition payment amount.

WHEREFORE, Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America respectfully prays that Confirmation of the Debtor's Chapter 13 Plan be denied, and for such other and further relief as this Honorable Court deems just.

Respectfully Submitted,

Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America
*/s/Dana   O'Brien*
Dana   O'Brien
ARDC# 6256415

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088