# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-08700 |
| | ) | |
| Jennifer Perinat, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Janet S. Baer |

## NOTICE OF MOTION

TO: See attached Service List

PLEASE TAKE NOTICE that on July 31, 2020, at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, or any other judge sitting in that judge's place, and present the Debtor's **Motion to Modify Plan**, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917)746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objections is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Jennifer Perinat, Debtor

By: /s/ John J. Ellmann

John J. Ellmann, Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100
davidsiegelbk@gmail.com

## CERTIFICATE OF SERVICE

I, John Ellmann, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 30, 2020, at or before 5:00 pm.

## SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Glenn Stearns, Ch. 13 Trustee: mcguckin_m@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*

Jennifer Perinat
8408 Alden Lane
Darien, IL 60561

SN Servicing Corp.
P.O. Box 35
Eureka, CA 95501

Seterus
P.O. Box 1077
Hartford, CT 06143-1077

ISAC
1755 Lake Cook Road
Deerfield, IL 60015-5029

Ameren Illinois
2105 E State Route 104
Pawnee, IL 62558

U.S. Department of Education
C/O Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

AMITA HEALTH ADVENTIST MEDICAL CENTER
PO BOX 9246
OAK BROOK, IL 60522

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302-9617

U.S. Bank Trust National Association, et al
SN Servicing Corporation
323 Fifth Street, Eureka, CA 95501

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IL Dept of Revenue Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-08700 |
| | ) | |
| Jennifer Perinat, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Janet S. Baer |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, by and through her attorneys, David M. Siegel & Associates, LLC, and in support of this Motion states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On March 20, 2017, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Glenn Stearns was appointed trustee, and the plan was confirmed on November 3, 2017.

3. The Debtor fell behind in her Trustee payments and couldn't catch up because her income is primarily from child care, which decreased due to the COVID-19 pandemic.

4. The Debtor's income is now returning to normal. She is receiving unemployment benefits and her child care business is resuming as COVID-19 related restrictions ease.

5. She can make payments to the Trustee now, but cannot cure the default.

6. The Debtor proposes to amend her chapter 13 plan pursuant to 11 U.S.C. §1329 and per the Coronavirus Aid, Relief and Economic Security (CARES) Act to defer the payment default to the end of the plan. The Debtor makes this proposal in good faith and with the intention of completing her chapter 13 plan.

7. Deferring the payment default will not cause the confirmed chapter 13 plan to run longer than 84 months.

WHEREFORE the Debtor prays this Honorable Court enter an order modifying the plan and for other such relief as this Court deems just and proper.

Respectfully Submitted,

/s/ John J. Ellmann

John J. Ellmann A.R.D.C. #6257894
Attorney for the Debtors

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for the Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-810